ber 9, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. Albert I. Sire* for petitioner. No appearance for respondent.

---

No. 508. DEMETRIUS M. STEWARD ET AL., PETITIONERS, *v.* AMERICAN LAVA COMPANY ET AL; and No. 509. MORITZ KIRCHBERGER ET AL., PETITIONERS, *v.* AMERICAN LAVA COMPANY ET AL. December 16, 1907. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Louis C. Raegener* for petitioners. *Mr. Charles Neave* for respondents.

---

No. 517. JOHNSON & JOHNSON, PETITIONER, *v.* THE UNITED STATES. December 16, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Edward S. Hatch* for petitioner. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Sanford* for respondent.

---

No. 520. THE UNITED STATES, PETITIONER, *v.* JAMES A. HAYES & COMPANY. December 16, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *The Attorney General* and *The Solicitor General* for petitioner. *Mr. Albert H. Washburn, Mr. J. Stuart Tompkins* and *Mr. Charles P. Searle* for respondents.

---

No. 501. OLD NICK WILLIAMS COMPANY, PETITIONER, *v.* THE UNITED STATES. December 23, 1907. Petition for a